1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                          EASTERN DISTRICT OF CALIFORNIA

7

8    OBADIAH ROBERTS,                      Case No. 1:25-cv-00168-CDB (PC)

9                   Plaintiff,             ORDER GRANTING DEFENDANT'S
                                           REQUESTED EXTENSION OF TIME TO
10        v.                               RESPOND TO THE COMPLAINT <u>AS</u>
                                           <u>MODIFIED</u>
11   A. TURNER,
                                           (Doc. 1)
12                  Defendant.

13

14        **<u>Background</u>**

15        Plaintiff Obadiah Roberts ("Plaintiff"), a state inmate proceeding pro se, initiated this

16   action with the filing of a complaint in the California Superior Court for the County of Kings,

17   alleging, among other things, violations of his rights by Defendant A. Turner ("Defendant") under

18   the Eighth Amendment of the United States Constitution.  (Doc. 1 at 2).

19        Defendant removed the action to this Court on February 10, 2025.  (*Id.* at 3).  In the notice

20   of removal, Defendant requests the Court screen Plaintiff's complaint pursuant to 28 U.S.C. §

21   1915A and grant Defendant 30 days from the date of service of the Court's screening order to file

22   a responsive pleading.  (*Id.*).

23        Defendant's request for an extension of time to respond to the complaint after service of

24   the Court's screening order will be granted.  The Court shall proceed with screening Plaintiff's

25   complaint in due course.

26        ///

27        ///

28        ///

1        **Conclusion and Order**

2             For the foregoing reasons, IT IS HEREBY ORDERED that Defendant shall have <u>21 days</u>

3    to respond to the complaint from the date of service of the Court's order screening the complaint.

4    *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

5    IT IS SO ORDERED.

6        Dated:    **February 20, 2025**        _____

7                                              UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2