# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

OBADIAH ROBERTS,

Plaintiff,

v.

A. TURNER,

Defendant.

Case No. 1:25-cv-00168-KES-CDB (PC)

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**Obadiah Roberts**, CDCR # D-58844, a necessary and material witness on his own behalf in a settlement conference in this case on November 16, 2026, is confined in Avenal State Prison (ASP), in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate to appear **in person** before a U.S. Magistrate Judge on **November 16, 2026, at 8:30 a.m. at California State Prison, Corcoran (CSP-COR), 4001 King Avenue, Corcoran, CA 93212**.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, **along with any necessary legal property**, to appear **in person** to testify the in United States District Court at the time and place above, until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of California State Prison, Corcoran (CSP-COR)**

**WE COMMAND** you to produce the inmate named above, **along with any necessary legal property**, to appear **in person** to testify before the United States District Court at the time and place above, until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

IT IS SO ORDERED.

Dated: **October 19, 2026**

UNITED STATES MAGISTRATE JUDGE