# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OBADIAH ROBERTS,<br><br>Plaintiff,<br><br>v.<br><br>A. TURNER,<br><br>Defendant. | Case No. 1:25-cv-00168-KES-CDB (PC)<br><br>ORDER FOLLOWING SETTLEMENT CONFERENCE, VACATING DATES, AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS<br><br>**THIRTY-DAY DEADLINE** |

The Court conducted a settlement conference in this action before the undersigned on November 16, 2026, at which the parties reached a settlement agreement. Therefore, the Court will vacate all dates and order the parties to file dispositive documents within thirty (30) days.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. The parties shall file dispositional documents within **thirty (30) days** of entry of this order. Any request for an extension for filing dispositional documents must be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated: **November 16, 2026**

STANLEY A. BOONE
United States Magistrate Judge