# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OBADIAH ROBERTS,<br>Plaintiff,<br>v.<br>A. TURNER,<br>Defendant. | Case No. 1:25-cv-00168-KES-CDB (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE OBADIAH ROBERTS, CDCR #D-58844<br><br>(ECF No. 21) |

A settlement conference in this matter was held on November 16, 2026. Inmate Obadiah Roberts, CDCR #D-58844, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED

Dated: **November 16, 2026**

UNITED STATES MAGISTRATE JUDGE